IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID E. GEORGE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-783-GPM ) |
| TACO BELL, | ) ) |
| Defendant. | ) |

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

On November 7, 2008, David George filed this action against Taco Bell. The *pro se* complaint alleges that Taco Bell discriminated against George because of his age and a disability, in violation of the Age Discrimination in Employment Act and the Americans with Disabilities Act.

The docket sheet does not reflect that summons was ever issued. On March 17, 2009, the Court issued a Notice of Impending Dismissal for Want of Prosecution (*see* Doc. 2). Plaintiff's response was due on or before April 6, 2009. Nothing was filed.

Rule 4(m) of the Federal Rules of Civil Procedure directs that a defendant must be served within 120 days after the complaint is filed. FED. R. CIV. P. 4(m). More than 120 days have passed since George filed his complaint. Moreover, George failed to comply with the Court's Order of March 17, 2009. Pursuant to Rule 41 (b), dismissal is appropriate.

Accordingly, this action is **DISMISSED with prejudice** for failure to prosecute and for failure to comply with a court order. The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 04/20/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge